UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20398-CR-Ungaro/O'Sullivan

UNITED STATES OF AMERICA            )
                                    )
v.                                  )
                                    )
MABEL DIAZ,                         )
                                    )
        Defendant.                  )

## ORDER FOR INPATIENT COMPETENCY EXAMINATION

This matter came before the Court on the government's Motion for Inpatient Competency Examination.

By consent of the parties, the Court hereby ORDERS as follows.

The defendant shall be committed for a psychiatric or psychological competency examination for a period of thirty days in a suitable Bureau of Prisons facility. The Bureau of Prisons shall provide Diaz appropriate medical, psychiatric, or psychological treatment during the examination. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the Court.

Attached hereto are psychological evaluations of Diaz. The parties shall provide to the Bureau of Prisons all relevant additional information to assist with the evaluation.

The defendant shall surrender to the facility at which the examination is to take place, as directed by the Bureau of Prisons or United States Marshal. Upon completion of the thirty-day period of commitment, the Bureau of Prisons shall release the defendant from the institution where the examination occurred.

Until the completion of this thirty-day commitment, the defendant shall not be required to undergo outpatient mental-health treatment as a condition of her bond.

Pursuant to the Speedy Trial Act, 18 U. S.C. § 3161(h)(1)(A), the Court orders that the period of time from the date of this order to the date of the Court's final ruling on Diaz's competency to stand trial be excluded in computing the time within which trial must commence.

Because the evaluations concern Diaz's mental health, the attachments to this order (but not this order itself) shall be SEALED until completion of direct appeal, at which point the attachments shall be destroyed.

DONE AND ORDERED in chambers at Miami, Florida this 31st day of March, 2008.

_____
JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE