UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20398-CR-UNGARO

UNITED STATES OF AMERICA,
    Petitioner,
v.

MABEL DIAZ AND ABNER DIAZ,
    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Mabel and Abner Diaz's Motion to Dismiss Counts 45-46, Motion to Dismiss Counts 34 and 39[1] Based on Multiplicity, and Motion to Dismiss Counts 2-33 Based on Multiplicity.  *See* (D.E. 248, 249, 250.)  The matter was referred to Magistrate Judge John O' Sullivan who on March 12, 2008 issued a Report recommending the following:(1) Mabel and Abner Diaz's Motion to Dismiss Counts 34 or 39 Based on Multiplicity be denied as moot: (2) Mabel and Abner Diaz's Motion to Dismiss Counts 45-56 and Mabel and Abner Diaz's Motion to Dismiss Counts 2-33 Based on Multiplicity be denied.  The Court has considered Petitioner's objection to the Magistrate Judge's Report filed with the Court on March 21, 2008, but agrees with the analysis upon which the Report is based.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

---

[1] Magistrate Judge O'Sullivan noted that the title of Defendants' motion refers to Count 35, but the Defendants' arguments are directed to Count 39.  This Court agrees with the Magistrate Judge's interpretation of Defendants' arguments.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of May, 2008.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record