IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20398-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMRY GARCIA,
ABNER DIAZ,
MABEL DIAZ,
SULEIDY CANO,

    Defendant,
_____/

## ORDER RE-SETTING SENTENCING

THIS MATTER is hereby re-set for **SENTENCING** on **AUGUST 29, 2008** at **2:00 P.M.** before the Hon. Ursula Ungaro, at the United States District Court, 400 North Miami Ave., Room 12-4, Miami, Florida.

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this 20 day of August, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Probation