UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20398-CR-UNGARO

UNITED STATES OF AMERICA,

v.

MABEL DIAZ,

      Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Defendant's Suggestion of Incompetency. (D.E. 254.) The matter was referred to Magistrate Judge John O'Sullivan, who on June 30, 2008 issued a Report recommending that the Defendant be found competent to stand trial. (D.E. 351.) The matter is ripe for disposition and no objections to the Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record